*sell L. Davenport* for respondent.

No. 979. GLOBE INDEMNITY CO. *v.* UNITED STATES. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE STONE took no part in the consideration or decision of this application. *Messrs. F. Morse Hubbard* and *Barham R. Gary* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *James E. Murphy* for the United States.

No. 990. E. I. DuPONT DE NEMOURS & CO. *v.* WAXED PRODUCTS CO. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. J. Harry Covington* and *Harry D. Nims* for petitioner. *Messrs. Thomas D. Thacher, Ellis W. Leavenworth,* and *L. A. Janney* for respondent.

No. 1009. NORTHERN PACIFIC RY. CO. *v.* TWOHY BROTHERS CO. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE BUTLER took no part in the consideration or decision of this application. *Mr. Charles A. Hart* for petitioner. *Messrs. De Lancey C. Smith* and *W. Lair Thompson* for respondent.

No. 907. CARLISLE LUMBER CO. *v.* NATIONAL LABOR RELATIONS BOARD. May 23, 1938. Petition for writ of cer-